<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LORENZO OLIVER

    Plaintiff,
    v.

DEPARTMENT OF HUMAN SERVICES et al.,

    Defendants.

Civil Action No. 09-5336

<u>**ORDER**</u>

This matter comes before the Court by way of two motions to dismiss Plaintiff Lorenzo Oliver's Amended Complaint ("Plaintiff" or "Oliver") pursuant to Federal Rule of Civil Procedure 12(b)(6). The first motion to dismiss is by Defendants Department of Human Services, Special Treatment Unit, Merril Main and Jennifer Velez. (CM/ECF No. 13). The second is by Defendant George Hayman. (CM/ECF No. 19). In addition, Plaintiff subsequently filed an informal letter application seeking the Court's recusal on. (CM/ECF No. 26). For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this ___ day of July, 2012,

**ORDERED** that Plaintiff's application for recusal is DENIED; and it is further

**ORDERED** that both motions to dismiss are hereby GRANTED

**ORDERED** that Defendant Department of Human Services is dismissed with prejudice; and it is further

**ORDERED** that the individual defendants are dismissed without prejudice. Plaintiff may amend his Complaint within 30 days.

**SO ORDERED**.

                                                                               Jose L. Linares
                                                                               United States District Judge